ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
CAROL A. CHEN (Cal. Bar No. 212720)
Assistant United States Attorney
OCDETF Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2428
Facsimile: (213) 894-0142
E-mail: carol.chen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SEAN LIBBERT,
KYLE KLEDIZK,
JIN LIU,
aka, "Thomas Lau,"
aka, "Tom Lau,"
FNU LNU,
aka, "Simon,"
FNU LNU,
aka, "Wu," and
FNU LNU,
aka, "Andrew Zhang,"

Defendants.

No. SA CR 14-0083-CJC

STIPULATION RE: PROTECTIVE ORDER

[PROPOSED ORDER LODGED CONCURRENTLY HEREWITH]

NO HEARING REQUESTED

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Carol A. Chen, and defendant SEAN LIBBERT, by and through his counsel of record, Raoul Severo, Esq., and Michael Severo, Esq., and defendant KYLE KLEDZIK,

by and through his counsel of record, Katherine Corrigan, Esq., hereby stipulate that:

1. On June 13, 2014, a sixteen-count Indictment naming as defendants SEAN LIBBERT, KYLE KLEDZIK, JIN LIU, aka "Thomas Lau," aka "Tom Lau," FNU LNU, aka "Simon," FNU LNU, aka "Wu," and FNU LNU, aka "Andrew Zhang" was unsealed in the Central District of California.

2. On June 13, 2014, defendant SEAN LIBBERT ("defendant LIBBERT") and defendant KYLE KLEDZIK ("defendant KLEDZIK") made their initial appearances on the charges in the Indictment. The case has been assigned to The Honorable Carmac J. Carney, with a current trial date of August 5, 2014.

3. The evidence in this matter includes personal identification information, including for individuals other than defendant LIBBERT or defendant KLEDZIK himself, including but not limited to names, addresses, dates of birth, social security numbers, bank account numbers and information, electronic mail addresses, and medical records (collectively "personal information"). This personal information is found throughout the discovery in this case, which includes, among other records, approximately 5,000 pages of medical records related to "C.G." referenced in Count Two of the indictment and voluminous amounts of records from banks and other financial institutions.

3. The parties stipulate, and request the Court to order, that only defense counsel identified in this stipulation and who sign this stipulation, defense counsel's agents, and defendant LIBBERT or defendant KLEDZIK may review the unredacted personal information contained in the discovery in preparation for trial, and that defense counsel, defense counsel's agents and defendant LIBBERT or defendant

KLEDZIK may only use the unredacted personal information or any portion thereof for the specific purpose of preparing or presenting a defense in this matter and for no other purpose.

4. The parties further stipulate, and request the Court to order, that only defense counsel and defense counsel's agents may make copies of any discovery containing unredacted personal information, and with respect to defense counsel's agents, only if they first, prior to copying any portion of the discovery containing unredacted personal information, agree (in writing) to be bound by the terms of this Order prohibiting the disclosure of the documents, or the confidential information contained therein, to other third parties.

5. The parties further stipulate, and request the Court to make its Order applicable to unredacted personal information contained in all of the discovery produced in this case, including any discovery produced both before and after entry of its Order.

6. The parties agree that absent an order of the court, documents containing the personal information shall not be filed with or submitted to the Court or reproduced in any court filing unless the documents are placed under seal or all identifying information has been redacted/removed.

7. The parties further agree that within 90 days of the conclusion of this criminal matter, defense counsel will collect and destroy any and all copies of documents and portions thereof containing the personal information that defense counsel possesses and/or has made and distributed to his agents and/or defendant for the purpose of preparing or presenting a defense in this matter.

Defense counsel will certify in writing to counsel for the government that the documents have been destroyed.

7. Accordingly, the parties have agreed to request the Court to enter a protective order in the form submitted herewith.

8. Defense counsel have conferred with defendants regarding this stipulation and the proposed order thereon and defendants agree to the terms of the proposed order.

IT IS SO STIPULATED.

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DATED: July 15, 2014

CAROL A. CHEN
Assistant United States Attorney
OCDETF Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: July 14, 2014

RAOUL SEVERO, Esq.
Counsel for Defendant
SEAN LIBBERT

DATED: July 14, 2014

MICHAEL SEVERO, Esq.
Counsel for Defendant
SEAN LIBBERT

DATED: July , 2014

KATHERINE CORRIGAN, Esq.
Counsel for Defendant
KYLE KLEDZIK

8. Defense counsel have conferred with defendants regarding this stipulation and the proposed order thereon and defendants agree to the terms of the proposed order.

IT IS SO STIPULATED.

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DATED: July __, 2014

CAROL A. CHEN
Assistant United States Attorney
OCDETF Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: July , 2014

RAOUL SEVERO, Esq.
Counsel for Defendant
SEAN LIBBERT

DATED: July , 2014

MICHAEL SEVERO, Esq.
Counsel for Defendant
SEAN LIBBERT

DATED: July 11, 2014

KATHERINE CORRIGAN, Esq.
Counsel for Defendant
KYLE KLEDZIK